DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**B.B.**, the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D14-1007

[August 27, 2014]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 2013-3717 CJDP.

Rebecca S. Taylor of the Law Offices of Rebecca S. Taylor, P.A., Coral Springs, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

B.B., the father, appeals an order adjudicating his minor children dependent. We reverse based on our reversal of the dependency order as to the mother in *E.R. v. Department of Children & Families*, 4D14-885, 2014 WL 3843064 (Fla. 4th DCA Aug. 6, 2014). The trial court held one evidentiary hearing as to both parents and entered one order of dependency. The sum and substance of the facts relied upon in adjudicating the children dependent as to the mother were the same as the facts relied upon in adjudicating the children dependent as to the father. Because competent substantial evidence did not support a finding of imminent risk of neglect and harm as to the mother, it also does not support a finding of imminent risk of neglect and harm as to the father.

*Reversed.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*